ANN E. GLENDINNING, Admr. of the Estate of KEN ADAM GLENDINNING, Plaintiff-Appellant, *v.* ARTHUR FORMILLER, Defendant-Appellee.

(No. 57819;

First District (2nd Division)—August 14, 1973.

Opinion by Mr. JUSTICE DOWNING.

John V. Evans, of Chicago, for appellant.

Taylor, Miller, Magner, Sprowl & Hutchings, of Chicago (James J. Hoffnagle and Arthur A. Sullivan, Jr., of counsel,) for appellee.